IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**KERRY WINSLOW,**

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　Civil Action No. **3:13CV283**

**SHERIFF O'SULLIVAN,** *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on June 7, 2013, the Court conditionally docketed Plaintiff's action. On June 24, 2013, the United States Postal Service returned the June 7, 2013 Memorandum Order to the Court marked, "RETURN TO SENDER" and "ADDRESSEE NOT IN OUR FACILITY." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                            /s/
                                  John A. Gibney, Jr.
Date: 7/23/13　　　　　　　　　　　United States District Judge
Richmond, Virginia